IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,
    Plaintiff,

vs.                                  Case No.: 5:14cv72/RS/EMT

DEPARTMENT OF CORRECTIONS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1).  By order of this court dated April 23, 2014, Plaintiff was given thirty (30) days in which to file an amended complaint and to submit a complete motion to proceed in forma pauperis or pay the filing fee (*see* doc. 7).  Plaintiff failed to file an amended complaint, submit a motion to proceed in forma pauperis, or pay the filing fee;  therefore, on June 10, 2014, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for the failure to comply with an order of the court (doc. 11). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint, submit a motion to proceed in forma pauperis, pay the filing fee, or show cause for his failure to do so.[1]

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

---

[1] The docket reflects that on June 17, 2014, the order to show cause was returned as undeliverable, with the notation "return to sender - refused - unable to forward" (doc. 12).  Previously, another document sent to Plaintiff by the clerk at his address of record was also returned as undeliverable (*see* docs. 9, 10).

At Pensacola, Florida, this 18th day of July 2014.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**